**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

HAJI, Ayub Abukar A71 742 718

Civil No. 01-242 JRT/AJB

Petitioner,

v.

John Ashcroft, Attorney General of the United States of America; Curtis Aljets, District Director of the Immigration and Naturalization Service; Mary Ann Wyrsch, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS WRIT SHOULD NOT BE GRANTED AND ALLOWING REPLY**

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 wherein he seeks an order enjoining respondents from removing him from the United States to Somalia or any non-designated country. Petitioner is presently in INS custody. His motion for temporary restraining order has been withdrawn pursuant to stipulation and agreement by the INS not to deport petitioner during the pendency of this litigation.

Based upon the file and pleadings in this matter, it is now **ORDERED** that respondents are directed to make a return to the petition in writing. Such return shall be due August 24, 2001. The return shall describe the true cause for petitioner's detention and the basis for petitioner's removal from the United States, and shall further show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:



FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Such affidavits and exhibits as are needed to establish the lawfulness of petitioner's detention and removal from the United States, in light of the grounds for relief raised in the petition;

2. A reasoned memorandum of law and fact fully stating respondents' legal position as well as a recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority;

3. Certified copies all court records, transcripts, INS records and other documents that may be material to the issues raised by the petition.

**IT IS FURTHER ORDERED THAT** petitioner shall thereafter have until September 14, 2001, to serve and file a reply to respondents' return. Upon filing of this Order and documents to be submitted by respondents and petitioner, the parties shall await the further order of this Court.

Dated: 7/30/01

Arthur J. Boylan
United States Magistrate Judge