UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIV. NO. 01-242 (JRT/AJB)

| | |
|---|---|
| HAJI, Ayub Abukar A71 742 718<br><br>Petitioner,<br><br>vs.<br><br>John Ashcroft, Attorney General of the United States of America; Curtis Aljets, District Director, Immigration and Naturalization Service; and KEVIN D. ROONEY, Acting Commissioner of the Immigration and Naturalization Service,<br><br>Respondents. | **STIPULATION AND ORDER** |

WHEREAS, the government has stipulated that it will not deport the Petitioner during the pendency of this action; and

WHEREAS, the government has moved to stay the habeas proceeding to allow the INS to review the propriety of the pre-removal detention of Petitioner under the standards set forth in *Zadvydas v. Davis*, - S. Ct. -, 2001 WL 720662 (June 28, 2001) and pursuant to interim procedures published in the Federal Register on July 24, 2001;

IT IS HEREBY STIPULATED AND AGREED:

1. Petitioner's habeas proceeding may be stayed during the pendency of the INS's review of the propriety of pre-removal detention of Petitioner;

2. The INS's stipulation to not deport the Petitioner during the pendency of this action stays in effect during the stay and the remainder of this action;

3. This stipulation is without prejudice to any right which Petitioner has to seek legal review of the INS's decision on pre-removal detention of Petitioner.

FILED SEP 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**BRIGGS AND MORGAN, P.A.**

By ______________________
Jeffrey J. Keyes (#53505)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Petitioner***

Date: ______________________

**ROBERT M. SMALL**
United States Attorney

By ______________________
Gregory G. Brooker (#166066)
Assistant United States Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

***Attorneys for Respondents***

Date: 9/13/01

IT IS SO ORDERED:

______________________
Hon. Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500