**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

ABUKAR, AYUB HAJI,
(f/k/a Haji, Ayub Abukar),

Civil No. 01-242 (JRT/AJB)

Petitioner,

v.

**ORDER**

JOHN ASHCROFT, Attorney General,
CURTIS ALJETS, District Director of
the Immigration and Naturalization Service,
MARY ANN WYRSCH, Acting Commissioner
of the Immigration and Naturalization Service,

Respondents.

Petitioner has filed a motion seeking leave to file an amended petition for habeas corpus relief under 28 U.S.C. § 2241. (Docket No. 13.) That motion will be granted. Petitioner will have twenty (20) days to file and serve his amended petition, and Respondents shall have sixty (60) days from the date when the amended petition is filed and served in which to file and serve their response. Thereafter, Petitioner shall have ten (10) days to file a reply, which shall not exceed ten (10) pages.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to amend, (Docket No. 13), is GRANTED, and Petitioner shall file and serve his amended habeas corpus petition within twenty (20) days after the date of this order;



APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. If Petitioner files an amended petition, Respondents shall have sixty (60) days thereafter in which to file a response to the amended petition; and

3. Petitioner shall have ten (10) days after the filing of the response in which to file a reply, but such reply shall not exceed ten (10) pages.

Dated: April 29, 2002

Arthur J. Boylan
United States Magistrate Judge