**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Ayub Abukar Haji,

Civil No. 01-242 JRT/AJB

Petitioner,

v.

**ORDER ON DEADLINE FOR RETURN TO AMENDED COMPLAINT**

John Ashcroft, Attorney General, et al.,

Respondents.

Upon consideration of respondent's request that this matter be held in abeyance pending an Eighth Circuit decision in the case entitled Jama v. INS, United States District Court, District of Minnesota Civil File No. 01-1172 JRT/AJB, and alternative motion for an extension of time to respond to petitioner's amended complaint for writ of habeas corpus, it is **HEREBY ORDERED** that the request is **granted** as provided herein. [Docket No. __]. The requirement in the Court's Order dated April 30, 2002, that respondent file a written response to the amended complaint within 60 days is hereby **vacated**. Upon receiving the District Court's decision on the pending appeal of the Magistrate Judge's Order granting petitioner leave to amend in Jama v. INS, respondent shall contact the Magistrate Judge's calendar clerk to schedule a telephone conference for purposes of establishing a briefing schedule. Such conference may be held in conjunction with any scheduling conference that may be required in Jama v. INS.

Dated: June 25, 2002

Arthur J. Boylan
United States Magistrate Judge

JUN 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK