UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-~~1172~~ 242 JRT/AJB

| | |
|---|---|
| AYUB ABUKAR HAJI,<br>Petitioner,<br>v.<br>IMMIGRATION AND NATURALIZATION SERVICE,<br>Respondent. | **[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME** |

For good cause shown, the Court hereby **GRANTS** Respondent's request for an extension of time, until September 6, 2002, to file a response to Petitioner's Amended Petition For Writ Of Habeas Corpus.

So ORDERED this 3rd day of September, 2002.

United States Magistrate Judge

SEP 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK