**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 01-242 JRT/AJB**

---

ABUKAR, Ayub Haji
(formerly described as
HAJI, Ayub Abukar),

Petitioner,

vs.

John Ashcroft, Attorney General of the United States of America; Curtis Aljets, District Director of the Immigration and Naturalization Service; Mary Ann Wyrsch, Acting Commissioner of the Immigration and Naturalization Service,

Respondents.

**STIPULATION FOR EXTENSION OF TIME** AND ORDER

**INS No.: A71 742 718**

Cv. 01-242 JRT/AJB

---

The parties, by counsel, hereby stipulate and agree that the Petitioner shall have an extension of time to and including October 11, 2002, within which to file his Response to Respondents' Return, Motion to Dismiss, and Memorandum in Support.

DATED: Sept. 20, 2002

Greg D. Mack
Office of Immigration Litigation,
U.S. Department of Justice
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4858

**Attorneys for Respondents**

DATED: September 19, 2002

Jeffrey J. Keyes (#55505)
Kevin M. Magnuson (#306599)
BRIGGS AND MORGAN, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PETITIONER**

FILED SEP 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1450959v1

IT IS SO ORDERED.

DATED: September 24, 2002

Arthur J. Boylan
United States Magistrate Judge