# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

**Case Number:** 01-242 (JRT/AJB) **Case Title:** Abukar v. Ashcroft, et al.

**MOTION FOR ADMISSION PRO HAC VICE**

**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Greg D. Mack am currently a member in good standing of the bar of the United States District Court for the ______ District of Maryland but not admitted to the bar of this court. I will be representing AG Ashcroft and the other defendants (Government Agency) in the action listed above.

Signature [signature] Date 9/11/02

State I.D.: N/A

Government Agency: DoJ/Office of Immigration Litigation
Suite/Building : P.O. Box 878
Street Address : Ben Franklin Station
City State Zip : Washington, D.C. 20044
Telephone: ( 202 ) 616-4858

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature [signature] Date 9/12/02

Name Mark C. Walters
Title Assistant Director
US Agency DoJ/Office of Immigration Litigation

---

Motion granted [signature] Date ______
For the Court Richard D Sletten, Clerk

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______